AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: SEE ATTACHMENT

--- Name of District Court, and/or Judge/Magistrate Location ---

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

FEB 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---DEFENDANT - U.S---

▶ DESEAN NATHANIEL GARDNER

DISTRICT COURT NUMBER

CR09-00203 CW

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA GARTH HIRE

---DEFENDANT---

IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. DESEAN NATHANIEL GARDNER*

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

Imprisonment:                   Maximum Life Imprisonment
                                Mandatory Minimum 10 Years Imprisonment

Fine:                           Maximum $4,000,000

Supervised Release:             Maximum Lifetime Supervised Release
                                Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:             $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

Imprisonment:                   Maximum Life Imprisonment
                                Mandatory Minimum 20 Years Imprisonment (1 prior)
                                Mandatory Minimum Life Imprisonment (2 priors)

Fine:                           Maximum $8,000,000

Supervised Release:             Maximum Lifetime Supervised Release
                                Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:             $100

### COUNTS TWO THROUGH SEVEN
### Distribution of Crack Cocaine
### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

Imprisonment:                   Maximum Life Imprisonment
                                Mandatory Minimum 10 Years Imprisonment

Fine:                           Maximum $4,000,000

Supervised Release:      Maximum Lifetime Supervised Release
Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:      $100

_If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:_

Imprisonment:      Maximum Life Imprisonment
Mandatory Minimum 20 Years Imprisonment (1 prior)
Mandatory Minimum Life Imprisonment (2 priors)

Fine:      Maximum $8,000,000

Supervised Release:      Maximum Lifetime Supervised Release
Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:      $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:    SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**
FEB 2 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---DEFENDANT - U.S---

► LOWELL CURTIS JAMES

DISTRICT COURT NUMBER

**CR09-00203** *CW*

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.
    ☐ U.S. ATTORNEY  ☐ DEFENSE  }

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

---DEFENDANT---

**IS *NOT* IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
    summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

_____

Has detainer    ☐ Yes    If "Yes"
been filed?    ☐ No    give date filed

DATE OF
ARREST    ►    Month/Day/Year
_____

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED    ►    Month/Day/Year
TO U.S. CUSTODY
_____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____

Date/Time: _____  Before Judge: _____

Comments:

# PENALTY SHEET ATTACHMENT

## COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

Page 1 of 1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---

OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
      meanor
☒ Felony

PENALTY:
        SEE ATTACHMENT

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S

▶ CHRISTINE ANN JAMES

DISTRICT COURT NUMBER

## CR09-00203  CW

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
    give name of court

_____

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on motion
    of:                                          SHOW
                                                DOCKET NO.
    ☐ U.S. ATTORNEY  ☐ DEFENSE }

☐ this prosecution relates to a
    pending case involving this same
    defendant                                   MAGISTRATE
                                                CASE NO.
☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this }
    defendant were recorded under

---

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     AUSA GARTH HIRE

---

### DEFENDANT

IS *NOT* IN CUSTODY
        Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
        summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction              }
6) ☐ Awaiting trial on other charges  }  ☐ Federal ☐ State
        If answer to (6) is "Yes", show name of institution

_____

Has detainer    ☐ Yes       If "Yes"
been filed?                  give date
                ☐ No        filed        _____

DATE OF                  Month/Day/Year
ARREST          ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      ▶       Month/Day/Year
TO U.S. CUSTODY

---

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

_____

Date/Time: _____  Before Judge: _____

Comments:

# PENALTY SHEET ATTACHMENT

## COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| | |
| Fine: | Maximum $4,000,000 |
| | |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| | |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| | |
| Fine: | Maximum $8,000,000 |
| | |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| | |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:      SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
FEB 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ MALIKHA AISHA DANIELS

DISTRICT COURT NUMBER

**CR09-00203** CW

─────── PROCEEDING ───────

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which was dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE    } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form      JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      AUSA GARTH HIRE

─────── DEFENDANT ───────

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    If "Yes"
been filed?   ☐ No    } give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— DEFENDANT - U.S —

► DANNY DARNELL COLEMAN, JR.

DISTRICT COURT NUMBER

**CR09-00203  CW**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST ►    Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:       SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**

─── **DEFENDANT - U.S** ───

▶ MARCUS ELIJAH LEWIS

**FEB 25 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

**CR 09-00203    CW**

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form       JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       AUSA GARTH HIRE

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST       Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶       Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT       Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

FEB 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ NATHAN JAMAR FARRISCLEEN

DISTRICT COURT NUMBER

CR09-00203 CW

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes    If "Yes"
been filed?    give date
☐ No    filed _____

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

Imprisonment:            Maximum Life Imprisonment
                         Mandatory Minimum 10 Years Imprisonment

Fine:                    Maximum $4,000,000

Supervised Release:      Maximum Lifetime Supervised Release
                         Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:      $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

Imprisonment:            Maximum Life Imprisonment
                         Mandatory Minimum 20 Years Imprisonment (1 prior)
                         Mandatory Minimum Life Imprisonment (2 priors)

Fine:                    Maximum $8,000,000

Supervised Release:      Maximum Lifetime Supervised Release
                         Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:      $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---
**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
SEE ATTACHMENT

---
Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

**DEFENDANT - U.S**

▶ DELIN COLE, JR.

FEB 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

**CR09-00203**

**CW**

---
**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

---
**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
} If "Yes" give date filed

**DATE OF ARREST**

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---
**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

──── OFFENSE CHARGED ────

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:     SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

──── DEFENDANT - U.S ────

▶ KEVIN RAYMOND WHITE

DISTRICT COURT NUMBER

## CR09-00203  CW

──── PROCEEDING ────

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     AUSA GARTH HIRE

──── DEFENDANT ────

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

} If "Yes" give date filed

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:     Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. KEVIN RAYMOND WHITE*

### COUNT ONE
#### Conspiracy
#### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT NINE
#### Possession with Intent to Distribute Crack Cocaine
#### (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |

Page 1 of 2

| | |
|---|---|
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT | Name of District Court, and/or Judge/Magistrate Location
☐ SUPERSEDING

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION **FILED**

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

---

### DEFENDANT - U.S

FEB 2 5 2009

▶ VIANNA LAJANNIE POWELL

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

## CR09-00203

*CW*

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another State or Federal Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed
which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same
defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form      JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      AUSA GARTH HIRE

---

### DEFENDANT

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No     give date
}            filed

DATE OF
ARREST                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

Imprisonment:               Maximum Life Imprisonment
                                     Mandatory Minimum 10 Years Imprisonment

Fine:                         Maximum $4,000,000

Supervised Release:       Maximum Lifetime Supervised Release
                                       Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:      $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

Imprisonment:               Maximum Life Imprisonment
                                     Mandatory Minimum 20 Years Imprisonment (1 prior)
                                     Mandatory Minimum Life Imprisonment (2 priors)

Fine:                         Maximum $8,000,000

Supervised Release:       Maximum Lifetime Supervised Release
                                       Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:      $100

Page 1 of 1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

### DEFENDANT - U.S

► JOHN LAWRENCE W. SCHOFIELD

DISTRICT COURT NUMBER

**CR09-00203** CW

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ►   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

── DEFENDANT - U.S ──

▶ WILLIE SEALS, III

DISTRICT COURT NUMBER

## CR09-00203  CW

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

_____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed   _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

_____

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. WILLIE SEALS, III*

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT EIGHT
### Possession with Intent to Distribute Crack Cocaine
### (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |

Page 1 of 2

Supervised Release:      Maximum Lifetime Supervised Release
                                  Mandatory Minimum 4-Year Term of Supervised Release

Special Assessment:      $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED*:

Imprisonment:            Maximum Life Imprisonment
                                  Mandatory Minimum 10 Years Imprisonment

Fine:                      Maximum $4,000,000

Supervised Release:      Maximum Lifetime Supervised Release
                                  Mandatory Minimum 8-Year Term of Supervised Release

Special Assessment:      $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---OFFENSE CHARGED---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

FILED

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---DEFENDANT - U.S---

► LONNIE TREMAINE BROWN

DISTRICT COURT NUMBER

**CR09-00203**   *CW*

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   }

6) ☐ Awaiting trial on other charges   }  ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. LONNIE TREMAINE BROWN*

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TEN
### Possession with Intent to Distribute Crack Cocaine
### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |

Page 1 of 2

| | |
|---|---|
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## ☞ DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

SEE ATTACHMENT

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**DEFENDANT - U.S**

▶ JASON REESE

DISTRICT COURT NUMBER

**CR09 00203** *CW*

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

---

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     AUSA GARTH HIRE

---

**DEFENDANT**

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

} ☐ Federal ☐ State

_____

Has detainer ☐ Yes     If "Yes"
been filed?   ☐ No      } give date filed _____

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

_____

Date/Time: _____     Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| | |
| Fine: | Maximum $4,000,000 |
| | |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| | |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| | |
| Fine: | Maximum $8,000,000 |
| | |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| | |
| Special Assessment: | $100 |

Page 1 of 1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
    SEE ATTACHMENT

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ DARRELL LAMAR SNOWDEN

DISTRICT COURT NUMBER

## CR09-00203 CW

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA GARTH HIRE

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
  ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

_____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED*:

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 10 Years Imprisonment

Fine:                      Maximum $4,000,000

Supervised Release:        Maximum Lifetime Supervised Release
                           Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:        $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 20 Years Imprisonment (1 prior)
                           Mandatory Minimum Life Imprisonment (2 priors)

Fine:                      Maximum $8,000,000

Supervised Release:        Maximum Lifetime Supervised Release
                           Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:        $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:      SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

─── DEFENDANT - U.S ───

FEB 2 5 2009

▶ JAMEL ROBBINS

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

**CR09-00203** *CW*

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE       SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant                    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form      JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        AUSA GARTH HIRE

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction       } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

**DATE OF ARREST** ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT        Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance        *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
   ☐ SUPERSEDING

| — OFFENSE CHARGED — | |
|---|---|
| SEE ATTACHMENT | ☐ Petty |
| | ☐ Minor |
| | ☐ Misde- meanor |
| | ☒ Felony |
| PENALTY:    SEE ATTACHMENT | |

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

— DEFENDANT - U.S —

► RAYMOND RICHARD

FEB 25 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR 09-00203   CW

### — PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   AUSA GARTH HIRE

### — DEFENDANT —

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### — ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

| OFFENSE CHARGED | |
|---|---|
| SEE ATTACHMENT | ☐ Petty |
| | ☐ Minor |
| | ☐ Misde-meanor |
| | ☒ Felony |
| PENALTY: SEE ATTACHMENT | |

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— DEFENDANT - U.S —

▶ ROY LEE RICHARD

DISTRICT COURT NUMBER

# CR09-00203  CW

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

— DEFENDANT —

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    SEE ATTACHMENT

─── DEFENDANT - U.S ───

► LEROY RICHARD

**DISTRICT COURT NUMBER**

## CR09-00203 CW

DEFENDANT

FILED
FEB 25 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior ► summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
  } ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes  been filed?  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ► _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERED ► _____  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### <u>COUNT ONE</u>
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

Page 1 of 1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
SEE ATTACHMENT

---

### DEFENDANT - U.S

► STONEY LAMONT GIPSON

DISTRICT COURT NUMBER

# CR09-00203

CW

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     AUSA GARTH HIRE

---

### DEFENDANT

#### IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?      give date
☐ No    filed

DATE OF
ARREST ►            Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED        Month/Day/Year
TO U.S. CUSTODY ►

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED*:

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

SEE ATTACHMENT

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:     SEE ATTACHMENT

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form       JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          AUSA GARTH HIRE

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**

**FEB 25 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ JASON FITCH

DISTRICT COURT NUMBER

# CR09-00203 CW

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?      ☐ No

} If "Yes"
give date
filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT       Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                          Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 10 Years Imprisonment

Fine:                      Maximum $4,000,000

Supervised Release:        Maximum Lifetime Supervised Release
                           Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:        $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 20 Years Imprisonment (1 prior)
                           Mandatory Minimum Life Imprisonment (2 priors)

Fine:                      Maximum $8,000,000

Supervised Release:        Maximum Lifetime Supervised Release
                           Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:        $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

DEFENDANT - U.S

FEB 25 2009

EARL LEE BREWER

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

## CR09-00203 CW

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA GARTH HIRE

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  If "Yes" give date filed

DATE OF ARREST  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:
SEE ATTACHMENT

### DEFENDANT - U.S

► SHARMAINE PORTER

DISTRICT COURT NUMBER

CR09-00203  *CW*

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

### DEFENDANT

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date filed

DATE OF
ARREST ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
FEB 25 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───
► MICHAEL DUPREE BROWN

DISTRICT COURT NUMBER
CR09-00203

CW

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   If "Yes" give date filed
DATE OF ARREST ►   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

#### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

DEFENDANT - U.S

FEB 2 5 2009

▶ CURTIS LEWIS, JR.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR09-00203

CW

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   AUSA GARTH HIRE

#### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes
been filed?   ☐ No

} If "Yes"
give date
filed _____

DATE OF
ARREST _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶   Month/Day/Year
_____

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments:

# PENALTY SHEET ATTACHMENT

## COUNT ONE
### Conspiracy
### (21 U.S.C. §§ 846, 841(b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment (1 prior)<br>Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

— DEFENDANT - U.S —

▶ JAMIE MALIK SNOWDEN RICHARDSON

DISTRICT COURT NUMBER

CR09-00203 CW

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/ )

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**
FEB 25 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### OFFENSE CHARGED

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
SEE ATTACHMENT

---

### DEFENDANT - U.S

▶ MUHAMMAD ABDUL AZIZ BIN HAJJ YAHYA

DISTRICT COURT NUMBER

# CR09-00203   CW

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another State or Federal Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
            } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
            } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
            }

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

  If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### COUNT ONE
**Conspiracy**
**(21 U.S.C. §§ 846, 841(b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 20 Years Imprisonment (1 prior) |
| | Mandatory Minimum Life Imprisonment (2 priors) |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

~~CR09-00203~~  CW



UNITED STATES OF AMERICA,

V.

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"
LOWELL CURTIS JAMES,
aka "Well"
CHRISTINE ANN JAMES,
aka Christine Ann Vandemark,
aka "Tina,"
MALIKHA AISHA DANIELS,
DANNY DARNELL COLEMAN, JR.,
aka "DJ,"
aka "Stew,"
aka "Stewie,"
MARCUS ELIJAH LEWIS,
NATHAN JAMAR FARRIS,
aka "Nate,"
DELIN COLE, JR.
aka "DJ,"
KEVIN RAYMOND WHITE,
aka Kevin Raymond White,
aka Kevin Ramon White,
aka "Kev,"
VIANNA LAJANNIE POWELL,
JOHN LAWRENCE W. SCHOFIELD,
WILLIE SEALS, III,
aka Willie Seles,
aka Willie I. Seals,
LONNIE TREMAINE BROWN,
aka "Slim,"
aka "Thugga,"
JASON ANTHONY REESE,
aka "J-Rock,"
DARRELL LAMAR SNOWDEN,
aka "Bear,"
JAMEL ROBBINS,
aka Jmel Antonio Robbins,
aka "Mel,"
RAYMOND RICHARD,
aka "Ray Ray,"
ROY LEE RICHARD,
aka Vernon McKinnis,



FILED
FEB 2 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LEROY RICHARD, JR.
aka Elroy Richard,
aka Elroy Richards, Jr.
STONEY LAMONT GIPSON,
aka Stoney Lamont Gipson-Whetstone,
aka "Stone,"
JASON FITCH,
EARL LEE BREWER,
SHARMAINE PORTER,
aka Charmaine Jones,
aka "Maine,"
MICHAEL DUPREE BROWN,
CURTIS LEWIS, JR.,
aka "Curt,"
JAMIE MALIK SNOWDEN RICHARDSON,
aka "J-Mo,"
MUHAMMAD ABDUL AZIZ BIN HAJJ YAHYA,
aka Muhammad Malik,
aka Muhammed Abdul Malik,
aka Muhammad Abdul Yahya,
aka Muhammed A Azozbinhassyahya,
aka Muhammed Abdul Hassyahyamalik,
aka Muhammad A Hassyahya,



FILED

FEB 2 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT(S).

CR09-00203 CW

## INDICTMENT

21 U.S.C. §§ 846, 841(b)(1)(A)(iii) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute, Crack Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(iii) – Distribution, and Possession with Intent to Distribute, Crack Cocaine; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. § 853(a) – Drug Forfeiture Allegation

A true bill.

_____
                                                    Foreman

Filed in open court this ___25TH___ day of
FEBRUARY, 2009
_____
                                                    Clerk

_____   Bail, $ _No bail_ warrants for all defendants.

2/25/09

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

3

4  

5                                FILED
                                FEB 2 5 2009
6                        RICHARD W. WIEKING
                      CLERK, U.S. DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND

7  

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION
                                                      CW
11
                        CR09-00203
12  UNITED STATES OF AMERICA,          )  No:
                                       )
13          Plaintiff,                 )  VIOLATIONS: 21 U.S.C. §§ 846,
                                       )  841(b)(1)(A)(iii) – Conspiracy to
14     v.                              )  Manufacture, Distribute, and Possess with
                                       )  Intent to Distribute, Crack Cocaine;
15  DESEAN NATHANIEL GARDNER,          )  21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii),
      aka "G-Boy,"                     )  (b)(1)(B)(iii) – Distribution, and Possession
16  LOWELL CURTIS JAMES,               )  with Intent to Distribute, Crack Cocaine;
      aka "Well"                       )  21 U.S.C. § 853(a) – Drug Forfeiture
17  CHRISTINE ANN JAMES,               )  Allegation
      aka Christine Ann Vandemark,     )
18    aka "Tina,"                      )
    MALIKHA AISHA DANIELS,             )  OAKLAND VENUE
19  DANNY DARNELL COLEMAN, JR.,        )
      aka "DJ,"                        )
20    aka "Stew,"                      )
      aka "Stewie,"                    )
21  MARCUS ELIJAH LEWIS,               )
    NATHAN JAMAR FARRIS,               )
22    aka "Nate,"                      )
    DELIN COLE, JR.                    )
23    aka "DJ,"                        )
    KEVIN RAYMOND WHITE,               )
24    aka Kevin Raymond White,         )
      aka Kevin Ramon White,           )
25    aka "Kev,"                       )
    VIANNA LAJANNIE POWELL,            )
26  JOHN LAWRENCE W. SCHOFIELD,        )
    WILLIE SEALS, III,                 )
27    aka Willie Seles,                )
      aka Willie I. Seals,             )
28                                     )

Document No.

District Court
Criminal Case Processing

1 | LONNIE TREMAINE BROWN, )
    aka "Slim," )
2 |     aka "Thugga," )
JASON ANTHONY REESE, )
3 |     aka "J-Rock," )
DARRELL LAMAR SNOWDEN, )
4 |     aka "Bear," )
JAMEL ROBBINS, )
5 |     aka Jmel Antonio Robbins, )
    aka "Mel," )
6 | RAYMOND RICHARD, )
    aka "Ray Ray," )
7 | ROY LEE RICHARD, )
    aka Vernon McKinnis, )
8 | LEROY RICHARD, JR., )
    aka Elroy Richard, )
9 |     aka Elroy Richards, Jr. )
STONEY LAMONT GIPSON, )
10 |     aka Stoney Lamont Gipson-Whetstone, )
    aka "Stone," )
11 | JASON FITCH, )
EARL LEE BREWER, )
12 | SHARMAINE PORTER, )
    aka Charmaine Jones, )
13 |     aka "Maine," )
MICHAEL DUPREE BROWN, )
14 | CURTIS LEWIS, JR., )
    aka "Curt," )
15 | JAMIE MALIK SNOWDEN )
RICHARDSON, )
16 |     aka "J-Mo," )
MUHAMMAD ABDUL AZIZ BIN HAJJ )
17 |   YAHYA, )
    aka Muhammad Malik, )
18 |     aka Muhammed Abdul Malik, )
    aka Muhammad Abdul Yahya, )
19 |     aka Muhammed A Azozbinhassyahya, )
    aka Muhammed Abdul Hassyahyamalik, )
20 |     aka Muhammad A Hassyahya, )
    )
21 |     Defendants, )
    )
22 | _____ )

INDICTMENT              2

INDICTMENT

The Grand Jury charges:

COUNT ONE:                    (21 U.S.C. §§ 846, 841(b)(1)(A)(iii) – Conspiracy to Manufacture,
                              Distribute, and Possess with Intent to Distribute Crack Cocaine)

   Beginning on or about March 18, 2008, and continuing up to and including February 25,

2009, in the Northern District of California and elsewhere, the defendants,

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"
LOWELL CURTIS JAMES,
aka "Well,"
CHRISTINE ANN JAMES,
aka Christine Ann Vandemark,
aka "Tina,"
MALIKHA AISHA DANIELS,
DANNY DARNELL COLEMAN, JR.,
aka "DJ,"
aka "Stew,"
aka "Stewie,"
MARCUS ELIJAH LEWIS,
NATHAN JAMAR FARRIS,
aka "Nate,"
DELIN COLE, JR.,
KEVIN RAYMOND WHITE,
aka Kevin Raymond White,
aka Kevin Ramon White,
aka "Kev,"
VIANNA LAJANNIE POWELL,
JOHN LAWRENCE W. SCHOFIELD,
WILLIE SEALS, III,
aka Willie Seles,
aka Willie I. Seals,
LONNIE TREMAINE BROWN,
aka "Slim,"
aka"Thugga,"
JASON ANTHONY REESE,
aka "J-Rock,"
DARRELL LAMAR SNOWDEN,
aka "Bear,"
JAMEL ROBBINS,
aka Jmel Robbins,
aka "Mel,"
RAYMOND RICHARD,
aka "Ray Ray,"
ROY LEE RICHARD,
aka Vernon McKinnis,
LEROY RICHARD,
aka Elroy Richard,
aka Elroy Richards, Jr.,
STONEY LAMONT GIPSON,
aka Stoney Lamont Gipson-Whetstone,

INDICTMENT                               3

aka "Stone,"
JASON FITCH,
EARL LEE BREWER,
SHARMAINE PORTER,
aka Charmaine Jones,
aka "Maine,"
MICHAEL DUPREE BROWN,
CURTIS LEWIS, JR.,
aka "Curt,"
JAMIE MALIK SNOWDEN RICHARDSON,
aka "J-Mo,"
MUHAMMAD ABDUL AZIZ BIN HAJJ YAHYA,
aka Muhammad Malik,
aka Muhammed Abdul Malik,
aka Muhammad Abdul Yahya,
aka Muhammed A Azozbinhassyahya,
aka Muhammed Abdul Hassyahyamalik,
aka Muhammad A Hassyahya,

and others known and unknown to the Grand Jury, knowingly and intentionally conspired to

manufacture, possess with intent to distribute, and to distribute, a Schedule II controlled

substance, namely, fifty grams or more of mixtures and substances containing a detectable

amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States

Code, Sections 841(a)(1), (b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.


COUNT TWO:          (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

On or about March 18, 2008, in the Northern District of California, defendant,

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, fifty grams

or more of a mixture and substance containing a detectable amount of cocaine base in the form of

"crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

INDICTMENT                                      4

COUNT THREE:      (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

On or about March 30, 2008, in the Northern District of California, defendant,

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, fifty grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

COUNT FOUR:       (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

On or about August 24, 2008, in the Northern District of California, defendant,

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, fifty grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

COUNT FIVE:       (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

On or about October 23, 2008, in the Northern District of California, defendant,

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, fifty grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

///
///
///
///
///

INDICTMENT                              5

1 | COUNT SIX:      (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

2 | On or about November 13, 2008, in the Northern District of California, defendant,

3 | DESEAN NATHANIEL GARDNER,
     aka "G-Boy,"

4 |

5 | did knowingly and intentionally distribute a Schedule II controlled substance, namely, fifty grams

6 | or more of a mixture and substance containing a detectable amount of cocaine base in the form of

7 | "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

8 |

9 | COUNT SEVEN:    (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

10 | On or about December 3, 2008, in the Northern District of California, defendant,

11 | DESEAN NATHANIEL GARDNER,
     aka "G-Boy,"

12 |

13 | did knowingly and intentionally distribute a Schedule II controlled substance, namely, fifty grams

14 | or more of a mixture and substance containing a detectable amount of cocaine base in the form of

15 | "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

16 |

17 | COUNT EIGHT:    (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to
    Distribute Crack Cocaine)

18 |

19 | On or about January 21, 2009, in the Northern District of California, defendant,

20 | WILLIE SEALS, III,
    aka Willie Seles,

21 |     aka Willie I. Seals,

22 | did knowingly and intentionally possess with intent to distribute a Schedule II controlled

23 | substance, namely, five grams or more of a mixture and substance containing a detectable

24 | amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States

25 | Code, Sections 841(a)(1), (b)(1)(B)(iii).

26 | ///

27 | ///

28 | ///

INDICTMENT         6

1   COUNT NINE:       (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to
2                     Distribute Crack Cocaine)

3   On or about February 10, 2009, in the Northern District of California, defendant,

4                          KEVIN RAYMOND WHITE,
                             aka Kevin Raymond White,
5                            aka Kevin Ramon White,
                                 aka "Kev,"
6

7   did knowingly and intentionally possess with intent to distribute a Schedule II controlled

8   substance, namely, five grams or more of a mixture and substance containing a detectable

9   amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States

10  Code, Sections 841(a)(1), (b)(1)(B)(iii).

11

12  COUNT TEN:        (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Possession with Intent to
13                    Distribute Crack Cocaine)

14  On or about February 10, 2009, in the Northern District of California, defendant,

15                         LONNIE TREMAINE BROWN,
                                  aka "Slim,"
16                               aka"Thugga,"

17  did knowingly and intentionally possess with intent to distribute a Schedule II controlled

18  substance, namely, fifty grams or more of a mixture and substance containing a detectable

19  amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States

20  Code, Sections 841(a)(1), (b)(1)(A)(iii).

21

22  FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a)) (Drug Forfeiture)

23       1.     The factual allegations contained in Counts One through Ten of this Indictment

24  are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture

25  pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2).

26       2.     Upon a conviction of any of the offenses alleged in Counts One through Ten, the

27  defendants,

28

INDICTMENT                              7

DESEAN NATHANIEL GARDNER,
aka "G-Boy,"
LOWELL CURTIS JAMES,
aka "Well,"
CHRISTINE ANN JAMES,
Christine Ann Vandemark,
aka "Tina,"
MALIKHA AISHA DANIELS,
DANNY DARNELL COLEMAN, JR.,
aka "DJ,"
aka "Stew,"
aka "Stewie,"
MARCUS ELIJAH LEWIS,
NATHAN JAMAR FARRIS,
aka "Nate,"
DELIN COLE, JR.,
KEVIN RAYMOND WHITE,
aka Kevin Raymond White,
aka Kevin Ramon White,
aka "Kev,"
VIANNA LAJANNIE POWELL,
JOHN LAWRENCE W. SCHOFIELD,
WILLIE SEALS, III,
aka Willie Seles,
aka Willie I. Seals,
LONNIE TREMAINE BROWN,
aka "Slim,"
aka"Thugga"
JASON ANTHONY REESE,
aka "J-Rock,"
DARRELL LAMAR SNOWDEN,
aka "Bear,"
JAMEL ROBBINS,
aka Jmel Robbins,
aka "Mel,"
RAYMOND RICHARD,
aka "Ray Ray,"
ROY LEE RICHARD,
Vernon McKinnis,
LEROY RICHARD,
aka Elroy Richard,
aka Elroy Richards, Jr.,
STONEY LAMONT GIPSON,
aka Stoney Lamont Gipson-Whetstone,
aka "Stone,"
JASON FITCH,
EARL LEE BREWER,
SHARMAINE PORTER,
aka Charmaine Jones,
aka "Maine,"
MICHAEL DUPREE BROWN,
CURTIS LEWIS, JR.,
aka "Curt,"
JAMIE MALIK SNOWDEN RICHARDSON,
aka "J-Mo,"
MUHAMMAD ABDUL AZIZ BIN HAJJ YAHYA,
aka Muhammad Malik,
aka Muhammed Abdul Malik,

aka Muhammad Abdul Yahya,
aka Muhammed A Azozbinhassyahya,
aka Muhammed Abdul Hassyahyamalik,
aka Muhammad A Hassyahya,

shall forfeit to the United States all right, title and interest in property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to:

a. a money judgment that represents the value of narcotics distributed by defendants;

b. 240 Verbena Drive, East Palo Alto, California, San Mateo County, Parcel Number 063-552-190;

c. 1419 Camellia Drive, East Palo Alto, California, San Mateo County, Parcel Number 063-412-010; and

d. the following vehicles:

| VEHICLE | CA License No. | Vehicle Identification Number (VIN) |
|---|---|---|
| Mitsubishi Galant | 6CGL357 | 4A3AB36F56E050672 |
| Dodge Charger | 5SVJ859 | 2B3LA53H96H339662 |
| Range Rover | 5YOT338 | SALME11433A121199 |
| Dodge Magnum | 5VCP138 | 2D4FV48V75H185964 |
| Ford Mustang | 4WGS649 | 1FALP45XXVF191748 |
| Dodge Neon | 4LNM632 | 1B3ES46C9YD858730 |
| Chevrolet Camaro | 5PMS885 | 1Q87L9L593720 |
| Chevrolet Malibu SS | 6EDR226 | 1G1ZW53146F301506 |
| Buick | 3HSM465 | 1G4HP52L1RH524867 |
| Cadillac | 6GJX356 | 1GSEL12Y3TU612599 |
| Jeep Grand Cherokee | 4SIS647 | 1J4GW48SX1C536572 |
| BMW | 5PQV971 | WBAAZ33454KP87108 |
| Chevrolet Van | 5HMA913 | 1GBFG15R8W1098611 |
| Mercury Sable | 6DDR962 | 1MELM5045RA619071 |
| Ford Mustang | 4THG337 | 1FACP40E7PF100654 |

1    3.    If, as a result of any act or omission of the defendants, any of said property

2          a.    cannot be located upon the exercise of due diligence;

3          b.    has been transferred or sold to or deposited with, a third person;

4          c.    has been placed beyond the jurisdiction of the Court;

5          d.    has been substantially diminished in value; or

6          e.    has been commingled with other property which cannot be divided without

7                difficulty;

8    any and all interest defendants have in any other property (not to exceed the value of the above

9    forfeitable property) shall be forfeited to the United States.

10         All in violation of 21 U.S.C. §§ 853(a)(1) and (2), (p) and Rule 32.2 of the Federal Rules

11   of Criminal Procedure.

12   DATED:
                2-25-09

13

14                                              A TRUE BILL.

                                                FOREPERSON

15

16   JOSEPH P. RUSSONIELLO
     United States Attorney

17

18   BRIAN J. STRETCH
     Chief, Criminal Division

19

20   (Approved as to form: _____ )
                              AUSA GARTH HIRE

21

22

23

24

25

26

27

28

     INDICTMENT                            10