JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
CHRISTINA McCALL (CABN 234139)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929/ 3717
   Facsimile: (510) 637-3724
   E-Mail:   Garth.Hire@usdoj.gov
             Christina.McCall@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 21 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY DARNELL COLEMAN, JR.,<br><br>    Defendant. | No. CR 09-00203 CW<br><br>NOTICE OF DISMISSAL; [PROPOSED] ORDER<br><br>(OAKLAND VENUE) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above second superseding indictment and all predecessor indictments with prejudice and moves that the Court quash the arrest warrant issued in connection with the indictments in this case.

DATED: July 20, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney
/s/
GARTH HIRE
Assistant United States Attorney

NOTICE OF DISMISSAL; [PROPOSED] ORDER
CR 09-0203 CW

[~~PROPOSED~~] ORDER

Leave of Court is granted to the government to dismiss the above-captioned second superseding indictment and all predecessor indictments. It is further ordered that the arrest warrant issued in connection with the indictments is quashed.

Date: JUL 2 1 2010

[signature]

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE